1  CALIFORNIA NURSES ASSOCIATION
   LEGAL DEPARTMENT
2  PAMELA ALLEN (SBN 139136)
3  pallen@calnurses.org
   BRENDAN WHITE (SBN 264640)
4  bwhite@calnurse.org
   2000 Franklin Street
5  Oakland, California 94612
6  (510) 273-2272 – Telephone
   (510) 663-4822 – Facsimile
7
8  LAW OFFICES OF JAMES E. EGGLESTON
   JAMES E. EGGLESTON (SBN 98772)
9  lojee@sbcglobal.net
   2030 Franklin Street, 6th Floor
10 Oakland, California 94612
11 (510) 273-2228 – Telephone
   (510) 834-7111 – Facsimile
12
   Attorneys for Defendant
13 CALIFORNIA NURSES ASSOCIATION

14                    UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16

17 KAISER FOUNDATION HOSPITALS          )  Case No. C 11-05588 SC
   and THE PERMANENTE MEDICAL           )
18 GROUP, INC.,                         )  **STIPULATION AND ORDER**
                                        )  **GRANTING LEAVE FOR DEFENDANT**
19                                      )  **CALIFORNIA NURSES ASSOCIATION**
                                        )  **TO FILE FIRST AMENDED ANSWER**
20            Plaintiffs,               )
                                        )
21      vs.                             )
                                        )  [Complaint Filed: November 17, 2011]
22                                      )
                                        )
23 CALIFORNIA NURSES ASSOCIATION,       )
                                        )
24            Defendant.                )
                                        )
25 ─────────────────────────────────   )

26     Defendant California Nurses Association ("CNA"), and plaintiffs Kaiser Foundation

27 Hospitals and The Permanente Medical Group, Inc., by and through their respective counsel,

28 stipulate as follows:

                                        1

1.      CNA may amend its Answer of Defendant California Nurses Association With Affirmative Defenses to Plaintiffs' Complaint for Specific Performance of a Collective Bargaining Agreement and to Compel Arbitration to:

       A.     Add a Fourth Affirmative Defense;

       B.     Correct Paragraphs 21, 22 and 60 to deny that plaintiffs made a demand by letter dated October 18, 2011, to "submit to arbitration" the issue of whether the September 22, 2011 sympathy strike violated the parties' collective bargaining agreement;

       C.     Correct the reference in Paragraph 36 to an NUHW bargaining unit in "Northern California;"

       D.     Correct a clerical error in Paragraph 37 relating to the dates on which a sympathy strike was held;

       E.     Correct an error in Paragraph 38 relating to the times the sympathy strike commenced and concluded; and

       F.     Deny in Paragraph 47 that CNA engaged in a sympathy strike at Kaiser facilities at which no NUHW-represented employees are assigned to work.

2.      Within Ten (10) days of the Court's execution of the Order granting defendant leave to file its First Amended Answer, defendant shall file and serve a First Amended Answer (in the form of Exhibit A hereto) to the Answer of Defendant California Nurses Association With Affirmative Defenses to Plaintiffs' Complaint for Specific Performance of a Collective Bargaining Agreement and to Compel Arbitration filed against them by plaintiffs in this action.

**IT IS SO STIPULATED**

Dated: March 22, 2012               CALIFORNIA NURSES ASSOCIATION
                                      LEGAL DEPARTMENT

                                     _____/s_____
                                      PAMELA ALLEN
                                      Counsel for Defendant
                                      CALIFORNIA NURSES ASSOCIATION

STIPULATION AND ORDER
Case No. C 11-05588 SC

1   Dated:  March 22, 2012                                    NIXON PEABODY, LLP

2

3

4                                                             _____/s_____
                                                             ALICIA C. ANDERSON
5                                                            Counsel for Plaintiffs
                                                             KAISER FOUNDATION HOSPITALS and
6                                                            THE PERMANENTE MEDICAL GROUP, INC.

7

8

9                                          **ORDER**

10        Pursuant to Stipulation of the parties and good cause appearing:

11        IT IS ORDERED that:

12        Defendant CNA shall file a First Amended Answer of Defendant California Nurses

13   Association with Affirmative Defenses to Plaintiffs' Complaint for Specific Performance of a

14   Collective Bargaining Agreement and to Compel Arbitration within ten (10) days of this Order.

15

16        IT IS SO ORDERED.

17

18   Dated:_____March 26,_____, 2012        _____

19                                                  The Hon. Samuel Conti
                                                    United States District Judge
20

21

22

23

24

25

26

27

28

_____
STIPULATION AND ORDER
Case No. C 11-05588 SC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

_____
STIPULATION AND ORDER
Case No. C 11-05588 SC