CALIFORNIA NURSES ASSOCIATION
LEGAL DEPARTMENT
PAMELA ALLEN (SBN 139136)
pallen@calnurses.org
BRENDAN WHITE (SBN 264640)
bwhite@calnurse.org
2000 Franklin Street
Oakland, California 94612
(510) 273-2272 – Telephone
(510) 663-4822 – Facsimile

LAW OFFICES OF JAMES E. EGGLESTON
JAMES E. EGGLESTON (SBN 98772)
lojee@sbcglobal.net
2030 Franklin Street, 6th Floor
Oakland, California 94612
(510) 273-2228 – Telephone
(510) 834-7111 – Facsimile

Attorneys for Defendant
CALIFORNIA NURSES ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAISER FOUNDATION HOSPITALS and THE PERMANENTE MEDICAL GROUP, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA NURSES ASSOCIATION,<br><br>Defendant. | Case No. C 11-05588 SC<br><br>**STIPULATION AND ORDER GRANTING LEAVE FOR DEFENDANT CALIFORNIA NURSES ASSOCIATION TO FILE FIRST AMENDED ANSWER**<br><br>[Complaint Filed: November 17, 2011] |

Defendant California Nurses Association ("CNA"), and plaintiffs Kaiser Foundation Hospitals and The Permanente Medical Group, Inc., by and through their respective counsel, stipulate as follows:

1. CNA may amend its Answer of Defendant California Nurses Association With Affirmative Defenses to Plaintiffs' Complaint for Specific Performance of a Collective Bargaining Agreement and to Compel Arbitration to:

    A. Add a Fourth Affirmative Defense;

    B. Correct Paragraphs 21, 22 and 60 to deny that plaintiffs made a demand by letter dated October 18, 2011, to "submit to arbitration" the issue of whether the September 22, 2011 sympathy strike violated the parties' collective bargaining agreement;

    C. Correct the reference in Paragraph 36 to an NUHW bargaining unit in "Northern California;"

    D. Correct a clerical error in Paragraph 37 relating to the dates on which a sympathy strike was held;

    E. Correct an error in Paragraph 38 relating to the times the sympathy strike commenced and concluded; and

    F. Deny in Paragraph 47 that CNA engaged in a sympathy strike at Kaiser facilities at which no NUHW-represented employees are assigned to work.

2. Within Ten (10) days of the Court's execution of the Order granting defendant leave to file its First Amended Answer, defendant shall file and serve a First Amended Answer (in the form of Exhibit A hereto) to the Answer of Defendant California Nurses Association With Affirmative Defenses to Plaintiffs' Complaint for Specific Performance of a Collective Bargaining Agreement and to Compel Arbitration filed against them by plaintiffs in this action.

**IT IS SO STIPULATED**

Dated: March 22, 2012                  CALIFORNIA NURSES ASSOCIATION
                                                LEGAL DEPARTMENT

                                                /s
                                                PAMELA ALLEN
                                                Counsel for Defendant
                                                CALIFORNIA NURSES ASSOCIATION

Dated: March 22, 2012                             NIXON PEABODY, LLP


                                                  _____/s_____
                                                  ALICIA C. ANDERSON
                                                  Counsel for Plaintiffs
                                                  KAISER FOUNDATION HOSPITALS and
                                                  THE PERMANENTE MEDICAL GROUP, INC.


**ORDER**

Pursuant to Stipulation of the parties and good cause appearing:

IT IS ORDERED that:

Defendant CNA shall file a First Amended Answer of Defendant California Nurses Association with Affirmative Defenses to Plaintiffs' Complaint for Specific Performance of a Collective Bargaining Agreement and to Compel Arbitration within ten (10) days of this Order.

IT IS SO ORDERED.

Dated:_____March 26,_____, 2012        _____
                                                  The Hon. Samuel Conti
                                                  United States District Judge

---

3

STIPULATION AND ORDER
Case No. C 11-05588 SC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

4

_____
STIPULATION AND ORDER
Case No. C 11-05588 SC