1  MICHAEL LINDSAY (SBN 110845)
   mlindsay@nixonpeabody.com
2  ALICIA C. ANDERSON (SBN 260937)
   acanderson@nixonpeabody.com
3  NIXON PEABODY LLP
   Gas Company Tower, 555 West Fifth St., 46th Floor
4  Los Angeles, California  90013-1010
   Tel:  (213) 629-6000
5  Fax:  (213) 629-6001

6  Attorneys for Plaintiffs
   KAISER FOUNDATION HOSPITALS and THE
7  PERMANENTE MEDICAL GROUP, INC.

8  CALIFORNIA NURSES ASSOCIATION LEGAL DEPARTMENT
   PAMELA ALLEN (SBN 139136)
9  pallen@calnurses.org
   BRENDAN WHITE (SBN 264640)
10 bwhite@calnurses.org
   2000 Franklin Street
11 Oakland, California 94612
   Tel: (510) 273-2273
12 Fax: (510) 834-7111

13 Attorneys for Defendant
   CALIFORNIA NURSES ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KAISER FOUNDATION HOSPITALS and THE PERMANENTE MEDICAL GROUP, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CALIFORNIA NURSES ASSOCIATION, <br><br> Defendant. | Case No. C 11-05588 SC <br><br> **NOTICE OF SETTLEMENT** |
|---|---|

TO THE ABOVE-CAPTIONED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs KAISER FOUNDATION HOSPITALS and THE PERMANENTE MEDICAL GROUP, INC. and Defendant CALIFORNIA NURSES ASSOCIATION have reached agreement on all material terms of settlement and need only

14527137.1

finalize settlement documentation before this matter can be resolved and this action dismissed.

The parties expect to have documentation of the settlement finalized and a Stipulation and Order for Arbitration and Dismissal filed within thirty (30) days.

In light of the foregoing, the Parties respectfully request that the Court vacate the August 9, 2013 hearing for the parties' cross-motions for summary judgment.

Dated: July 2, 2013

Respectfully submitted,

NIXON PEABODY LLP

By: /s/ Alicia C. Anderson
Michael R. Lindsay
Alicia C. Anderson
Attorneys for Plaintiffs
Kaiser Foundation Hospitals and The Permanente Medical Group, Inc.

Dated: July 2, 2013

CALIFORNIA NURSES ASSOCIATION
LEGAL DEPARTMENT

By: /s/ Pamela Allen
Pamela Allen
Counsel Defendant
CALIFORNIA NURSES ASSOCIATION

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Pamela Allen.

Dated: July 2, 2013

NIXON PEABODY LLP

By: /s/ Alicia C. Anderson
Alicia C. Anderson

[STAMP: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — 7/3/2013 — IT IS SO ORDERED — Judge Samuel Conti]

14527137.1