MICHAEL LINDSAY (SBN 110845)
mlindsay@nixonpeabody.com
ALICIA C. ANDERSON (SBN 260937)
acanderson@nixonpeabody.com
NIXON PEABODY LLP
Gas Company Tower
555 West Fifth St., 46th Floor
Los Angeles, California 90013-1010
Tel:  (213) 629-6000
Fax: (213) 629-6001

Attorneys for Plaintiffs
KAISER FOUNDATION HOSPITALS and THE PERMANENTE MEDICAL GROUP, INC.

CALIFORNIA NURSES ASSOCIATION
LEGAL DEPARTMENT
PAMELA ALLEN (SBN 139136)
pallen@calnurses.org
BRENDAN WHITE (SBN 264640)
bwhite@calnurse.org
2000 Franklin Street
Oakland, California 94612
Tel:  (510) 273-2272
Fax:  (510) 663-4822

Attorneys for Defendant
CALIFORNIA NURSES' ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAISER FOUNDATION HOSPITALS and THE PERMANENTE MEDICAL GROUP, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CALIFORNIA NURSES' ASSOCIATION, <br><br> Defendant. | No. C-11-05588 SC <br><br> **STIPULATION TO DISMISS ACTION AND PROCEED WITH ARBITRATION; [PROPOSED] ORDER** <br><br> Date Action Filed:  November 17, 2011 <br><br> Honorable Samuel Conti |

The Parties hereby stipulate to arbitrate the underlying dispute in the above-captioned matter in accordance with the procedures set forth in their collective bargaining agreement and have entered a Settlement Agreement to that effect.

STIPULATION TO DISMISS ACTION AND PROCEED WITH ARBITRATION
CASE NO. C-11-05588 SC

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to dismiss the above-captioned case without prejudice, each party to bear its own costs and attorneys' fees, subject to this Court retaining jurisdiction to enforce the Settlement Agreement and to enforce judgment upon the final and binding arbitration award in the event enforcement proceedings are necessary.

DATED: December 13, 2013                NIXON PEABODY LLP

                                        By:   /s/ Alicia C. Anderson
                                            Michael Lindsay
                                            Alicia C. Anderson
                                            Attorneys for Plaintiffs
                                            KAISER FOUNDATION HOSPITALS
                                            AND THE PERMANENTE MEDICAL
                                            GROUP, INC.

Dated:  December 13, 2013               CALIFORNIA NURSES ASSOCIATION
                                        LEGAL DEPARTMENT

                                        By:   /s/ Pamela Allen
                                            Pamela Allen
                                            Brendan White
                                            Attorneys for Defendant
                                            CALIFORNIA NURSES'
                                            ASSOCIATION

Pursuant to Civil L.R. 5-1(i), I attest that concurrence in the filing of this document has been obtained from Pamela Allen.

Dated:  December 13, 2013               NIXON PEABODY LLP


                                        By: /s/ Alicia C. Anderson                .
                                            Attorneys for Plaintiffs
                                            KAISER FOUNDATION HOSPITALS
                                            and THE PERMANENTE MEDICAL
                                            GROUP, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/16/2016                       _____
                                        The Hon. Samuel Conti
                                        Judge, United States District Court